**2013–0370. State v. Avery.**
Union App. No. 14–10–35, 2011-Ohio-4182. On motion for delayed appeal. Motion denied.

**2013–0372. State v. Kinstle.**
Allen App. No. 1–12–60. On motion for delayed appeal. Motion denied.

**2013–0383. State v. Harris.**
Montgomery App. No. 22992. On motion for delayed appeal. Motion denied.

**2013–0393. State v. Cumberledge.**
Lake App. No. 2010–L–142, 2012-Ohio-3012. On motion for delayed appeal. Motion denied.

**2013–0396. State v. Linkous.**
Licking App. No. 08CA51, 2009-Ohio-1896. On motion for delayed appeal. Motion denied.

**2013–0453. U.S. Bank v. Downey.**
Cuyahoga App. No. 98598, 2013-Ohio-494. On motion for stay of the court of appeals' judgment. Motion denied.
    KENNEDY and O'NEILL, JJ., dissent and would grant the motion for stay and require a bond.

**2013–0504. State v. Brown.**
Lake App. No. 2012–L–007, 2013-Ohio-1099. On motion for stay of the court of appeals' judgment. Motion granted.

## APPEALS ACCEPTED FOR REVIEW

**2013–0092. State v. Cefalo.**
Lake App. No. 2011–L–163, 2012-Ohio-5594. Discretionary appeal accepted and cause held for the decision in 2012–2136, *State v. Taylor,* Summit App. No. 26279, 2012-Ohio-5403.
    PFEIFER and O'DONNELL, JJ., dissent.

**2013–0095. State v. Manocchio.**
Cuyahoga App. No. 98473, 2012-Ohio-5720.
    PFEIFER, J., dissents.

**2013–0103. Ohio Neighborhood Fin., Inc. v. Scott.**
Lorain App. No. 11CA01010030, 2012-Ohio-5566.
    PFEIFER and LANZINGER, JJ., dissent.

**2013–0118. Jarvis v. First Resolution Invest. Corp.**
Summit App. No. 26042, 2012-Ohio-5653.
    O'CONNOR, C.J., would accept the appeal on Proposition of Law Nos. I, II, and IV only.
    O'DONNELL, J., would accept the appeal on Proposition of Law Nos. II and IV only and hold the cause for the decision in 2011–0908, *Anderson v. Barclays Capital Real Estate,* U.S. Northern District of Ohio, Western Division, Case No. 309CV02335JGC.
    FRENCH, J., would accept the appeal on Proposition of Law Nos. I, II, and III only.
    LANZINGER, J., dissents.

**2013–0167. State v. Bonnell.**
Delaware App. No. 12CAA030022, 2012-Ohio-5150.
    O'CONNOR, C.J., and LANZINGER, J., dissent.

**2013–0203. FirstMerit Bank, N.A. v. Inks.**
Summit App. No. 26182, 2012-Ohio-5155. Discretionary appeal accepted; cause consolidated with 2013–0091, *FirstMerit Bank, N.A. v. Inks,* Summit App. No. 26182, 2012-Ohio-5155.
    PFEIFER, J., dissents.